ENTER JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DYKE EDWARD NELSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>　　　　Respondent. | Case No. CV 09-08393 JVS (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed for the reasons set forth in the concurrently filed Order.

DATED: November 30, 2009

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE